IN THE UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| QUOIN, INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIGITOME CORPORATION and ) <br> DONALD TWYMAN, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 3:22-cv-575-FDW-DCK <br><br> **ORDER GRANTING DEFAULT JUDGMENT** |

Upon review of the record, including the Court's prior entry of default of Digitome Corporation and Donald Twyman (together, "Defendants") for failure to appear or otherwise respond to Quoin, Incorporated's ("Quoin") Complaint, and Quoin's declaration showing that it is owed $105,342.50, the Court hereby grants Plaintiff's Motion for Entry of Default Judgment By Clerk Against Defendants Digitome Corporation and Donald Twyman and enters judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Quoin and against Defendants in the amount of $105,342.50.

Signed: November 20, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court